DECEMBER, 1823.

## Whiting *against* King.

Debt will not lie by indorsee vs. indorser.

*EDWARD KING* declared against *Nathan Whiting* " of " a plea that he render unto him $426$\frac{63}{100}$, which to him he " owes, and from him unjustly detains." The declaration then proceeds in the usual form of assumpsit, on a bill single of *Abraham Philips* to *Whiting* for that sum, assigned to *King*, and at the conclusion states an indebitatus assumpsit for the specific sum. *Whiting* demurred specially, the demurrer was overruled : he then filed several pleas denying that he indorsed the note or that he made it, averring that *Philips* had paid the amount, &c. The Circuit Court, taking no no-tice of the pleas, rendered final judgment against him; as by default ; on which he prosecuted a writ of Error.

Judge *Crenshaw* delivered the opinion of the Court.

In this case there are nine assignments of Errors. It will only be necessary to take notice of the second, viz. " That " the plaintiff in the Court below proceeded in an action of " debt, when the defendant was liable only in assumpsit."

The undertaking of the indorsee is collateral, not abso-lute. He is liable only in the event of the maker's failing to pay. The remedy against him is by action of assumpsit and not debt. This Error is not cured by our Statute of amendments. In this opinion the Court are unanimous. Judgment reversed.

*Ruffin* for plaintiff.

*Crawford* and *Hitchcock* for defendant in Error.